PER CURIAM.
Affirmed. Taylor v. State, 583 So.2d 323, 328 (Fla.1991); Baker v. State, 506 So.2d 1056, 1058 (Fla. 2d DCA), rev. denied, 515 So.2d 229 (Fla.1987); Roberts v. State, 425 So.2d 70, 71 (Fla. 2d DCA 1982), rev. denied, 434 So.2d 888 (Fla.1983); Cunningham v. State, 385 So.2d 721 (Fla. 3d DCA 1980), rev. *1071 denied, 402 So.2d 613 (Fla.1981); Home v. State, 116 So.2d 654, 658 (Fla. 2d DCA 1959).